UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GASKEY,<br><br>             Plaintiff,<br><br>v.<br><br>MEDROBOTICS, INC. and SAMUEL STRAFACE,<br><br>             Defendants. | Civil Action No. 1:19-cv-10682-NMG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

| JOHN GASKEY | MEDROBOTICS CORPORATION and SAMUEL STRAFACE, |
|---|---|
| By his attorney, | By their attorneys, |
| */s/ Mark D. Stern*<br>Mark D. Stern, BBO #479500<br>Mark D. Stern, P.C.<br>34 Liberty Ave.<br>Somerville, MA 02144<br>Telephone: 617.776.4020<br>Facsimile: 617.776.9250<br>markdsternpc@comcast.net | */s/ Robert M. Shea*<br>Robert M. Shea, BBO #556356<br>Sandra E. Kahn, BBO #564510<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Telephone: 617.994.5700<br>Facsimile: 617.994.5701<br>robert.shea@ogletree.com<br>sandra.kahn@ogletree.com |

Dated:  December 30, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                      */s/ Robert M. Shea*
                                      Robert M. Shea